

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2019

No. 04-18-00523-CV

**OHIO DEVELOPMENT, LLC.,**
Appellant

v.

**TAPATIO SPRINGS HOMEOWNERS ASSOCIATION**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 15-405CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc Reconsideration is hereby GRANTED. Time is extended until September 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court